

# Fourth Court of Appeals
## San Antonio, Texas

December 7, 2018

No. 04-18-00831-CV

Michael Thomas **PAUL**,
Appellant

v.

Miguel **LOPEZ**, Dave Padula, John Stricklin, Javier Zuniga, John Doe I, Det. Spiller, Ron Eberhardt, News4 WOAI,
Appellee

From the 25th Judicial District Court, Guadalupe County, Texas
Trial Court No. 18-2085-CV-A
Honorable Jessica Crawford, Judge Presiding

## O R D E R

The docketing statement was due November 16, 2018, but has not been filed. *See* Tex. R. Civ. P. 32.1(a) (providing an appellant in a civil case shall file a docketing statement promptly upon filing the notice of appeal). We **ORDER** appellant to file the docketing statement on or before **December 17, 2018**. Appellant is advised that a failure to comply with this order may result in a dismissal of this appeal without further notice. *See* TEX. R. APP. P. 42.3(c).

Furthermore, a filing fee of $205 was due when this appeal was filed, but it was not paid. *See* TEXAS SUPREME COURT ORDER REGARDING FEES CHARGED IN THE SUPREME COURT, IN CIVIL CASES IN THE COURTS OF APPEALS, AND BEFORE THE JUDICIAL PANEL ON MULTIDISTRICT LITIGATION (Aug. 28, 2015). The clerk of the court notified appellant of this deficiency by letter dated November 2, 2018, and requested payment of the fee by November 16, 2018. The fee remains unpaid, and appellant has not filed a sworn statement of inability to afford payment of court costs.

We therefore **ORDER** appellant, on or before **December 17, 2018**, must either: (1) pay the filing fee; or (2) provide written proof to this court that he is indigent or otherwise excused by statute or the Texas Rules of Appellate Procedure from paying the fee. *See* TEX. R. APP. P. 20.1 (providing that indigent party who complies with provisions of that rule may proceed without advance payment of costs).

If appellant fails to respond satisfactorily within the time ordered, this appeal will be dismissed without further notice. *See* TEX. R. APP. P. 5 (providing that an appellate court may

enforce rule requiring payment of costs "by any order that is just"); R. 42.3 (permitting appellate courts to dismiss an appeal when appellant fails to comply with a court order).

_____
Irene Rios, Justice

IN WITNESS WHEREOF, I have hereunto set my hand and affixed the seal of the said court on this 7th day of December, 2018.

_____
KEITH E. HOTTLE,
Clerk of Court